BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*In re First National Collection Bureau, Inc. Class Action Litigation*

MDL No. _____

## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge | Corresponding Exhibits |
|---|---|---|---|---|
| **Plaintiffs**: Claudette Neal, on behalf of herself, and all others similarly situated<br><br>**Defendants**: First National Collection Bureau, Inc.<br><br>**Movant**: First National Collection Bureau, Inc. | USDC, Eastern District of California | 2:13-cv-01206-WBS-CKD | William B. Shubb | Exhibit A - Docket and Complaint |
| **Plaintiffs**: Nanette Hunter, on behalf of herself, and all others similarly situated<br><br>**Defendants**: First National Collection Bureau, Inc.<br><br>**Movant**: First National Collection Bureau, Inc. | USDC, Southern District Court of California | 3:13-cv-01515-JSL-KSC | Janis Sammartino | Exhibit B - Docket and Complaint |
| **Plaintiffs**: Jessica Beell, on behalf of herself, and all others similarly situated<br><br>**Defendants**: First National Collection Bureau, Inc.<br><br>**Movant**: First National Collection Bureau, Inc. | USDC of Nevada Case | 2:13-cv-01303-KJD-CWH | Kent Dawson | Exhibit C – Docket and Complaint |