BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re First National Collection Bureau, Inc. Class Action Litigation     MDL No._____

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing

**MOTION OF DEFENDANT FIRST NATIONAL COLLECTION BUREAU, INC. FOR TRANSFER OF ACTIONS TO THE SOUTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS;**

**MEMORANDUM OF POINTS AND AUTHORITY IN SUPPORT OF DEFENDANT FIRST NATIONAL COLLECTION BUREAU, INC.'S MOTION FOR TRANSFER AND CONSOLIDATION OF RELATED ACTIONS PURSUANT TO 28 U.S.C. § 1407; and**

**SCHEDULE OF ACTIONS**

was filed in the respective courts referenced below and served by email on February 3, 2014 to all counsel in each of the following actions:

**2:13-cv-01206-WBS-CKD** *Neal v. First National Collection Bureau, Inc.*

Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
369 South Doheny Drive
Suite 415
Beverly Hills, CA 90211
877-206-4741
866-633-0228 (fax)
tfriedman@attorneysforconsumers.com
Attorneys for Plaintiff Claudette Neal

Seyed Abbas Kazerounian
Kazerounian Law Group
245 Fischer Avenue
Suite D1
Costa Mesa, CA 92626
800-400-6808
800-520-5523 (fax)
ak@kazlg.com
Attorneys for Plaintiff Claudette Neal

Matthew M. Loker
Kazerouni Law Group, APC

245 Fischer Avenue
Unit D1
Costa Mesa, CA 92626
800-400-6808
800-520-5523 (fax)
ml@kazlg.com
Attorneys for Plaintiff Claudette Neal

Joshua Branden Swigart
Hyde and Swigart
2221 Camino Del Rio South
Suite 101
San Diego, CA 92108
(619) 233-7770
(619) 297-1022 (fax)
josh@westcoastlitigation.com
Attorneys for Plaintiff Claudette Neal

Gary J. Lorch
Gordon & Rees Llp
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
213-576-5000-5052
213-680-4470 (fax)
glorch@gordonrees.com
Attorneys for Defendant First National Collection Bureau, Inc.

Amy Maclear
Gordon and Rees LLP
275 Battery Street
Suite 2000
San Francisco, CA 94111
415-986-5900-3171
415-262-3763 (fax)
amaclear@gordonrees.com
Attorneys for Defendant First National Collection Bureau, Inc.

Issa Kalani Moe
Moss and Burnett P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4129
612-877-5399
612-877-5016 (fax)
moei@moss-barnett.com
Attorneys for Defendant First National Collection Bureau, Inc.

**3:13-cv-01515-JLS-KSC** *Hunter v. First National Collection Bureau, Inc.*

Douglas J Campion
Law Offices of Douglas J Campion
409 Camino Del Rio South
Suite 303
San Diego, CA 92108-3507
(619)299-2091
(619)858-0034 (fax)
doug@djcampion.com
Attorneys for Plaintiff Nanette Hunter

Daniel G. Shay
Dan Shay, Law
409 Camino del Rio South
Suite 101B
San Diego, CA 92108
(619) 222-7429
(866) 431-3292 (fax)
DanielShay@SanDiegoBankruptcyNow.com
Attorneys for Plaintiff  Nanette Hunter

Joan M. Borzcik
Gordon & Rees LLP
101 West Broadway
Suite 2000
San Diego, CA 92101
(619)696-6700
(619)696-7124 (fax)
jborzcik@gordonrees.com
Attorneys for Defendant First National Collection Bureau, Inc.

Christopher D Holt
Klinedinst PC
5 Hutton Centre Drive
Suite 1000
Santa Ana, CA 92707
(714)542-1800
(714)542-3592 (fax)
cholt@klinedinstlaw.com
Attorneys for Defendant First National Collection Bureau, Inc.

Gary J Lorch
Gordon & Rees LLP
633 West Fifth Street
Suite 4900

Los Angeles, CA 90071
(213)576-5000
(213)680-4470 (fax)
glorch@gordonrees.com
Attorneys for Defendant First National Collection Bureau, Inc.

Issa K. Moe
Moss & Barnett PA
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612)877-5399
(612)877-5999 (fax)
MoeI@moss-barnett.com
Attorneys for Defendant First National Collection Bureau, Inc.

**2:13-cv-01303-KJD-CWH** *Beell v. First National Collection Bureau, Inc.*

Rafey S Balabanian
Edelson McGuire, LLC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
312-589-6370
312-589-6370 (fax)
rbalabanian@edelson.com
Attorneys for Plaintiff Jessica Beell

Marc P Cook
Bailus Cook & Kelesis, Ltd.
400 So. 4th Street
Suite 300
Las Vegas, NV 89101
(702) 737-7702
(702) 737-7712 (fax)
cnklawfirm@aol.com
Attorneys for Plaintiff Jessica Beell

Christopher L. Dore
Edelson P.C.
350 North LaSalle St, Ste 1300
Chicago, IL 60654
312-589-6370
cdore@edelson.com
Attorneys for Plaintiff Jessica Beell

Benjamin H Richman

Edelson P.C.
350 North LaSalle Street
Chicago, IL 60654
312-589-6370
312-589-6378 (fax)
brichman@edelson.com
Attorneys for Plaintiff Jessica Beell

Gary J. Lorch
Gordon & Rees LLP
633 W Fifth St 52nd Fl
Los Angeles, CA 90071
213-576-5000
Attorneys for Defendant First National Collection Bureau, Inc.

Stephanie J Smith
Gordon & Rees LLP
3770 Howard Hughes Parkway
Suite 100
Las Vegas, NV 89169
702-577-9300
702-255-2858 (fax)
sjsmith@gordonrees.com
Attorneys for Defendant First National Collection Bureau, Inc.

Pursuant to the Judicial Panel on Multidistrict Litigation's Panel Rules, I served a copy of the above-referenced documents via overnight mail on the following court clerks:

Clerk, U.S. District Court Southern District of California (transferor court)
221 West Broadway
San Diego, CA 92101

Clerk of the Panel
United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE, Room G-255, North Lobby
Washington, DC 20002-8041

☒ (Federal) I declare that I am employed in the office of the member of the bar of this Court at whose direction the service was made.

Executed on February 3, 2014 at San Francisco, California.

_____
Maria Deang