BEFORE THE UNITED STATES JUDICIAL PANEL ON

MULTIDISTRICT LITIGATION

MDL No. 2527 – IN RE: First National Collection Bureau, Inc., Telephone Consumer

Protection Act (TCPA) Litigation

**Plaintiff Hunter's Response in Support of Defendant First National Collection Bureau, Inc. for Transfer of Actions to the Southern District of California Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings**

Plaintiff Nanette Hunter pursuant to 28 U.S.C. § 1407 and Rule 6.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, submits her brief in support of Defendant First National Collection Bureau, Inc.'s ("FNCB" or "Defendant") motion to transfer the other two actions to the Honorable Janis L. Sammartino of the Southern District of California.[1]

I. **Plaintiff Hunter does not Oppose FNCB's Motion to Transfer the Actions to the Southern District of California and Hereby Makes the Same Separate Request of this Panel.**

The Panel "is authorized to transfer civil actions pending in more than one district involving one or more common questions of fact to any district for coordinated or consolidated pretrial proceedings upon the Panel's determination that transfer will be for the convenience of the parties witnesses and will promote the just and efficient conduct of the actions." *David F. Herr, Multidistrict Litigation Manual* § 20.13, at 219 (2007) (internal citations omitted); *see* 28 U.S.C. § 1407.

Here, the three class actions FNCB seeks to transfer and coordinate concern common issues of fact relating to violations of the Telephone Consumer Protection Act, 47 U.S.C § 227, *et seq.* ("TCPA"). In addition to prevailing common questions of fact, transfer to the Southern

---

[1] Plaintiff Hunter's case is already pending before the Honorable Janis L. Sammartino, Case No. 13-cv-01515-JLS-KSC.

1

District of California will accommodate the convenience of the parties and witnesses in order to eliminate duplicative discovery, prevent inconsistent rulings and to conserve the resources of the parties, their counsel and the judiciary. *See In re Phenylpropanplamine Prods. Liab. Litig.*, 173 F. Supp. 2d 1377, 1379 (J.P.M.L. 2001). Accordingly, due to the similar procedural postures and commonly proposed class between the three cases, and for the reasons cited in the moving party's brief, transfer to the Southern District of California will best promote the just and efficient conduct of the actions.

## II. Relative Court Congestion Weighs in Favor of Centralization in the Southern District of California.

Plaintiff Hunter supports centralization in the Southern District of California because the Southern District of California is better equipped to manage the cases. An additional factor courts consider in determining whether to transfer suit is "the relative courts congestion and time to trial in each forum." *Wellens v. Daiichi Sankyo Co., Inc.*, No. C 13-581-CW, 2013 WL 3242294, at *1 (N.D. Cal. June 25, 2013) (citations omitted). Based upon that factor, Plaintiff Hunter believes the Southern District of California is best suited to resolve this matter competently, fairly, and expeditiously as demonstrated by the Federal Judicial Caseload Statistics for 2013. These statistics show that the Southern District of California has more judgeships, fewer civil cases and resolved those cases more quickly than the Eastern District of California and the District Court of Nevada.[2] Accordingly, this factor also favors denying a transfer away from the Southern District of California.

The Honorable Lawrence J. O'Neil of the Eastern District of California has similarly

---

[2] The most recent Federal Caseload Statistics indicate that the Southern District of California had 250 civil filings per judgeship (with 13 total judgeships), and the median time for resolution of those cases was 6.6 months. The Eastern District of California had 775 civil filings per judgeship (with 6 total judgeships), and the median time for resolution was 8.8 months. Similarly, the District Court of Nevada had 419 civil filings per judgeship (with 7 total judgeships), and the median time for resolution was 8.7 months. The full report is available at http://www.uscourts.gov/uscourts/Statistics/FederalCourtManagementStatistics/2013/district-fcms-profiles-june-2013.pdf#page=69 (last visited on Feb. 24, 2013).

2

recognized the Eastern District Court's inability to manage complex actions. "Judges in the Eastern District of California carry the heaviest caseload in the nation, and this Court is unable to devote inordinate time and resources to individual cases and matters. This Court cannot address all arguments, evidence and matters raised by parties and addresses only the arguments, evidence and matters necessary to reach the decision in this order given the shortage of district judges and staff. The parties and counsel are encouraged to contact the offices of United States Senators Feinstein and Boxer to address this Court's inability to accommodate the parties and this action." *See Conte v. Jakks Pac., Inc.*, No. 1:12-CV-00006-LJO, 2013 WL 5934352 (E.D. Cal. Nov. 5, 2013). Thus, it is clear centralization in the Southern District of California will likely better provide just and efficient conduct of the actions.

## Conclusion

For the foregoing reasons, Plaintiff Nanette Hunter respectfully requests that these related matters be transferred for pre-trial consolidation to the Southern District of California.

Dated: February 25, 2014
/s/ *Douglas J. Campion*
DOUGLAS J. CAMPION
**LAW OFFICES OF DOUGLAS J. CAMPION, APC**
409 Camino Del Rio South, Suite 303
San Diego, CA 92018
Telephone: (619) 299-2091
Facsimile: (619) 858-0034
E-mail: doug@djcampion.com

Attorneys for Plaintiff Nanette Hunter

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In Re First National Collection )
Bureau, Inc. Class Action Litigation ) MDL No. 2527
)

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the following was electronically filed and served via ECF on all parties listed below, on February 25, 2014:

1. Plaintiff Hunter's Response in Support of Defendant First National Collection Bureau, Inc. for Transfer of Actions to the Southern District of California Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings

The Court's CM/ECF system will also generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.

## SERVICE LIST

I. 2:13-cv-01206 – WBS-CKD *Neal v. First National Collection Bureau, Inc.*

Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
369 Doheny Drive, Suite 415
Beverly Hills, CA 90211
tfriedman@attorneysfor consumers.com
Attorneys for Plaintiff Claudette Neal

Seyed Abbas Kazerounian
Kazerouni Law Group, APC
245 Fisher Avenue, Suite D1
Costa Mesa, CA 92626
ak@kazlg.com
Attorneys for Plaintiff Claudette Neal

Matthew M. Loker
Kazerouni Law Group, APC

1

245 Fisher Avenue, Suite D1
Costa Mesa, CA 92626
ml@kazlg.com
Attorneys for Plaintiff Claudette Neal

Joshua B. Swigart
Hyde & Swigart
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
josh@westcoastlitigation.com
Attorneys for Plaintiff Claudette Neal

Gary J. Lorch
Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
glorch@gordonrees.com
Attorneys for Defendant First National Collection Bureau, Inc.

Amy Maclear
Gordon & Rees, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
amaclear@gordonrees.com
Attorneys for Defendant First National Collection Bureau, Inc.

Issa Kalani Moe
Moss & Barnett P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4129
moei@moss-barnett.com
Attorneys for Defendant First National Collection Bureau, Inc.

**II.    3:13-cv- 01515-JLS-KSC** *Hunter v. First National Collection Bureau, Inc.*

Douglas J. Campion
Law Offices of Douglas J. Campion, APC
409 Camino Del Rio South, Suite 303
San Diego, CA 92108
doug@djcampion.com
Attorneys for Plaintiff Nanette Hunter

Daniel G. Shay
Law Offices of Daniel G. Shay
409 Camino Del Rio South, Suite 101B

2

San Diego, CA 92108
DanielShay@sandiegobankruptcynow.com
Attorneys for Plaintiff Nanette Hunter

Joan M. Borzcik
Gordon & Rees, LLP
101 West Broadway, Suite 200
San Diego, CA 92101
jborzcik@gordonrees.com
Attorneys for Defendant First National Collection Bureau, Inc.

Gary J. Lorch
Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
glorch@gordonrees.com
Attorneys for Defendant First National Collection Bureau, Inc.

Christorpher D. Holt
Klinedinst PC
5 Hutton Center Drive, Suite 1000
Santa Ana, CA 92707
cholt@klinedinstlaw.com
Attorneys for Defendant First National Collection Bureau, Inc.

Issa Kalani Moe
Moss & Barnett P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4129
moei@moss-barnett.com
Attorneys for Defendant First National Collection Bureau, Inc.

### III. 2:13-cv-01303-KJD-CWH *Beell v. First National Collection Bureau, Inc.*

Rafey S. Balabanian
Edelson, PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
rbalabanian@edelson.com
Attorneys for Plaintiff Jessica Beell

Christopher L. Dore
Edelson, PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654

cdore@edelson.com
Attorneys for Plaintiff Jessica Beell

Benjamin H. Richman
Edelson, PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
brichman@edelson.com
Attorneys for Plaintiff Jessica Beell

Marc P. Cook
Bailus Cook & Kelesis, Ltd.
400 So. 4th Street, Suite 300
Las Vegas, NV 89101
cnklawfirm@aol.com
Attorneys for Plaintiff Jessica Beell

Benjamin H. Richman
Edelson, PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
brichman@edelson.com
Attorneys for Plaintiff Jessica Beell

Gary J. Lorch
Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
glorch@gordonrees.com
Attorneys for Defendant First National Collection Bureau, Inc.

Stephanie J. Smith
Gordon & Rees LLP
3770 Howard Hughes Parkway, Suite 100
Las Vegas, NV 89169
sjsmith@gordonrees.com
Attorneys for Defendant First National Collection Bureau, Inc.

I served a copy of the above document(s) via overnight mail on the following court clerks, as required by the Judicial Panel on Multidistrict Litigation's Panel Rules:

U.S. District Court
Southern District of California
Office of the Clerk
333 West Broadway, Suite 420
San Diego, CA 92101

Dated: February 25, 2014  /s/ Douglas J. Campion
DOUGLAS J. CAMPION
**LAW OFFICES OF DOUGLAS J. CAMPION, APC**
409 Camino Del Rio South, Suite 303
San Diego, CA 92018
Telephone: (619) 299-2091
Facsimile: (619) 858-0034
E-mail: doug@djcampion.com
Attorneys for Plaintiff Nanette Hunter