# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

MDL No. 2527   &  TITLE - IN RE:   First National Collection Bureau, Inc., TCPA Litig.

☐ This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 11.1(d)(i) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.
>
> Also note Rule 11.1(e) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

☐ This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i). (**Note**: A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

☑ This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 11.1. (**Note**: In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

☑ Support Centralization in   the Southern District of California

☐ Oppose Centralization

☐ Other

PARTIES REPRESENTED (Indicate party name and whether plaintiff or defendant--attach list if more than one action):

Plaintiff Jessica Beell

SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):

See attached list

Name and Address of Attorney Designated to Present Oral Argument:

| Jay Edelson | Edelson PC | Chicago | IL |
|---|---|---|---|
| Name | Law Firm | City | State |

Telephone No.: 312-589-6370          Email Address: jedelson@edelson.com

| 03/10/2014 | Jay Edelson | s/ Jay Edelson |
|---|---|---|
| Date | Printed Name | Authorized Signature |

JPML Form 9 (1/12)

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: First National Collection Bureau, Inc.,   MDL. No.  2527
Telephone Consumer Protection Act Litigation

**LIST OF RELATED ACTIONS**

*Neal v. First National Collection Bureau, Inc.*, No. 2:13-cv-1206-WBS-CKD (E.D. Cal.)

*Hunter v. First National Collection Bureau, Inc.*, No. 3:13-cv-01515-JLS-KSC (S.D. Cal.)

*Beell v. First National Collection Bureau, Inc.*, No. 2:13-cv-01303-KJD-CWH (D. Nev.)

*Brown v. First National Collection Bureau, Inc.*, No. 1:13-cv-00524-SAS-KLL (S.D. Ohio)

**CERTIFICATE OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the following was electronically filed and served via ECF on all parties listed below, on March 10, 2014:

1.	**Plaintiff Jessica Beell's Waiver of Oral Argument.**

The Court's CM/ECF filing system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and ECF-registered users. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.

**SERVICE LIST**

*Neal v. First National Collection Bureau, Inc.*, **No. 2:13-cv-1206-WBS-CKD (E.D. Cal.)**

Todd M. Friedman
tfriedman@attorneysforconsumers.com
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 Doheny Drive, Suite 415
Beverly Hills, CA 90211
tfriedman@attorneysforconsumers.com

1

Sayed Abbas Kazerounian
ak@kazlg.com
Matthew M. Loker
ml@kazlg.com
KAZEROUNI LAW GROUP, APC
245 Fisher Ave., Suite D1
Costa Mesa, CA 92626

Joshua B. Swigart
josh@westcoastlitigation.com
HYDE & SWIGART
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108

*Attorneys for Plaintiff Claudette Neal*

Gary J. Lorch
glorch@gordonrees.com
Amy Maclear
amaclear@gordonrees.com
GORDON & REES, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Issa Kalani Moe
moei@moss-barnett.com
MOSS & BARNETT P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

*Attorneys for Defendant First National Collection Bureau, Inc.*


***Hunter v. First National Collection Bureau, Inc.*, No. 3:13-cv-01515-JLS-KSC (S.D. Cal.)**

Douglas J. Campion
doug@djcampion.com
LAW OFFICES OF DOUGLAS J. CAMPION, APC
409 Camino Del Rio South, Suite 303
San Diego, CA 92108

Daniel G. Shay

2

danielshay@sandiegobankruptcynow.com
LAW OFFICES OF DANIEL G. SHAY
409 Camino Del Rio South, Suite 101B
San Diego, CA 92108

*Attorneys for Plaintiff Nanette Hunter*
Gary J. Lorch
glorch@gordonrees.com
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

Christopher D. Holt
cholt@klinedinstlaw.com
KLINEDINST PC
5 Hutton Center Drive, Suite 1000
Santa Ana, CA 92707

Issa Kalani Moe
moei@moss-barnett.com
MOSS & BARNETT P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

*Attorneys for Defendant First National Collection Bureau, Inc.*


***Beell v. First National Collection Bureau, Inc.*, No. 2:13-cv-01303-KJD-CWH (D. Nev.)**

Rafey S. Balabanian
rbalabanian@edelson.com
Christopher L. Dore
cdore@edelson.com
Benjamin H. Richman
brichman@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654

Marc P. Cook
cnklawfirm@aol.com
BAILUS COOK & KELESIS, LTD.
400 S. 4th Street, Suite 300

3

Las Vegas, NV 89101

*Attorneys for Plaintiff Jessica Beell*

Gary J. Lorch
glorch@gordonrees.com
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

Stephanie J. Smith
sjsmith@gordonrees.com
GORDON & REES LLP
3770 Howard Hughes Parkway, Suite 100
Las Vegas, NV 89169

*Attorneys for Defendant First National Collection Bureau, Inc.*

**Brown v. First National Collection Bureau, Inc.**, **No. 1:13-cv-00524-SAS-KLL (S.D. Ohio)**

Niroshan M. Wijesooriya
nirow1@yahoo.com
Christian A. Jenkins
cjenkins@minillojenkins.com
MINNILLO & JENKINS CO., LPA
2712 Observatory Ave.
Cincinnati, OH 45208

Jeffrey Scott Goldenberg
jgoldenberg@gs-legal.com
Robert Brent Sherwood
rsherwood@gs-legal.com
Todd B. Naylor
tnaylor@gs-legal.com
GOLDENBERG SCHNEIDER, LPA
One West Fourth Street, 18th Floor
Cinicnnati, OH 45202

*Attorneys for Plaintiff Dennis Brown*

4

Brian McAllum Spiess
bspiess@mrjlaw.com
George Demetrios Jonson
gjonson@mrjlaw.com
MONTGOMERY, RENNIE & JOHNSON
36 East Seventh Street, Suite 2100
Cincinnati, Ohio 45202

*Attorneys for Defendant First National Collection Bureau, Inc.*

| | |
|---|---|
| Dated:  March 10, 2014 | s/ Jay Edelson |

Jay Edelson
jedelson@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorney for Plaintiff Jessica Beell*