# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

MDL No. 2527 & TITLE - IN RE: First National Collection Bureau, Inc. Telephone Consumer Protection Act (TCPA) Litigation

☐ This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 11.1(d)(i) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

> Also note Rule 11.1(e) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

☐ This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i). (**Note**: A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

☑ This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 11.1. (**Note**: In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

☑ Support Centralization in the Southern District of California

☐ Oppose Centralization

☐ Other

PARTIES REPRESENTED (Indicate party name and whether plaintiff or defendant--attach list if more than one action):

Plaintiff Nanette Hunter

SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):

Nanette Hunter v. First Nat'l Collection Bureau, Inc., No. 3:13-cv-1515-JLS-KSC (S.D. Cal.)

Name and Address of Attorney Designated to Present Oral Argument:

| Douglas J. Campion | Law Offices of Douglas J.Campion APC | San Diego | California |
|---|---|---|---|
| Name | Law Firm | City | State |

Telephone No.: 619-299-2091        Email Address: doug@djcampion.com

| 03/10/2014 | Douglas J. Campion | /s/ Douglas J. Campion |
|---|---|---|
| Date | Printed Name | Authorized Signature |