# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

MDL No. 2527 & TITLE - IN RE: First National Collection Bureau, Inc. Telephone Consumer Protection Act (TCPA) Litigation

[✓] This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 11.1(d)(i) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.
>
> Also note Rule 11.1(e) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

[ ] This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i). (**Note**: A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

[ ] This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 11.1. (**Note**: In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

[ ] Support Centralization in _____

[ ] Oppose Centralization

[ ] Other _____

PARTIES REPRESENTED (Indicate party name and whether plaintiff or defendant--attach list if more than one action):

Defendant First National Collection Bureau, Inc.

SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):

Claudette Neal v. First National Collection Bureau, Inc., USDC, Eastern District, Case no. 2:13-cv-01206 WBS-CKD;
Nanette Hunter v. First National Collection Bureau, Inc., USDC, Southern District, Case no. 3:13-cv-01515-JSL-KSC;
Jessica Beell v. First National Collection Bureau, Inc., USDC, District of Nevada, Case no. 2:13-cv-01303 KJD-CWH;
Dennis Brown v. First National Collection Bureau, Inc., USDC, Southern District of Ohio Case no. 1:13 CV-00524-SAS-KLL

Name and Address of Attorney Designated to Present Oral Argument:

| Gary J. Lorch | Gordon & Rees LLP | San Francisco | California |
|---|---|---|---|
| Name | Law Firm | City | State |

Telephone No.: (415) 986-5900   Email Address: glorch@gordonrees.com

| 3/20/14 | Gary J. Lorch | /s/ |
|---|---|---|
| Date | Printed Name | Authorized Signature |

JPML Form 9 (1/12)