# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re First National Collection Bureau, Inc., Telephone Consumer Protection Act (TCPA) Litigation | MDL No. 2527 |

## NOTICE OF SUBSTITUTION OF COUNSEL

Plaintiff Jessica Beell in the matter captioned *Beell v. First National Collection Bureau, Inc.*, No. 2:13-cv-01303 (D. Nev.), hereby consents to the substitution of Benjamin H. Richman in the place of Jay Edelson as counsel of record in the above-referenced matter. Though Mr. Edelson still remains actively involved as Plaintiff Beell's counsel, Mr. Richman will appear pursuant to Rule 4.1(c) for purposes of filing and receiving service of all pleadings, as well as oral argument.

Respectfully submitted,

**JESSICA BEELL**, individually and on behalf of all others similarly situated,

Dated: March 26, 2014  By: /s/ Jay Edelson
                                Jay Edelson

Dated: March 26, 2014  By: /s/ Benjamin H. Richman
                                Benjamin H. Richman

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Benjamin H. Richman
brichman@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

1

# CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I, Benjamin H. Richman, an attorney, hereby certify that I served the above and foregoing *Notice of Substitution of Counsel* by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record in the matters listed below via the Panel's CM/ECF electronic filing system, on this the 26th day of March 2014.

*Neal v. First National Collection Bureau, Inc.*, **No. 2:13-cv-1206-WBS-CKD (E.D. Cal.)**

Todd M. Friedman
tfriedman@attorneysforconsumers.com
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 Doheny Drive, Suite 415
Beverly Hills, CA 90211
tfriedman@attorneysforconsumers.com

Sayed Abbas Kazerounian
ak@kazlg.com
Matthew M. Loker
ml@kazlg.com
KAZEROUNI LAW GROUP, APC
245 Fisher Ave., Suite D1
Costa Mesa, CA 92626

Joshua B. Swigart
josh@westcoastlitigation.com
HYDE & SWIGART
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108

*Attorneys for Plaintiff Claudette Neal*

Gary J. Lorch
glorch@gordonrees.com
Amy Maclear
amaclear@gordonrees.com
GORDON & REES, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Issa Kalani Moe
moei@moss-barnett.com
MOSS & BARNETT P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

*Attorneys for Defendant First National Collection Bureau, Inc.*

**Hunter v. First National Collection Bureau, Inc.**, No. 3:13-cv-01515-JLS-KSC (S.D. Cal.)

Douglas J. Campion
doug@djcampion.com
LAW OFFICES OF DOUGLAS J. CAMPION, APC
409 Camino Del Rio South, Suite 303
San Diego, CA 92108

Daniel G. Shay
danielshay@sandiegobankruptcynow.com
LAW OFFICES OF DANIEL G. SHAY
409 Camino Del Rio South, Suite 101B
San Diego, CA 92108

*Attorneys for Plaintiff Nanette Hunter*
Gary J. Lorch
glorch@gordonrees.com
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

Christopher D. Holt
cholt@klinedinstlaw.com
KLINEDINST PC
5 Hutton Center Drive, Suite 1000
Santa Ana, CA 92707

Issa Kalani Moe
moei@moss-barnett.com
MOSS & BARNETT P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

*Attorneys for Defendant First National Collection Bureau, Inc.*

***Beell v. First National Collection Bureau, Inc.***, No. 2:13-cv-01303-KJD-CWH (D. Nev.)

Rafey S. Balabanian
rbalabanian@edelson.com
Christopher L. Dore
cdore@edelson.com
Benjamin H. Richman
brichman@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654

Marc P. Cook
cnklawfirm@aol.com
BAILUS COOK & KELESIS, LTD.
400 S. 4th Street, Suite 300
Las Vegas, NV 89101

*Attorneys for Plaintiff Jessica Beell*

Gary J. Lorch
glorch@gordonrees.com
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

Stephanie J. Smith
sjsmith@gordonrees.com
GORDON & REES LLP
3770 Howard Hughes Parkway, Suite 100
Las Vegas, NV 89169

*Attorneys for Defendant First National Collection Bureau, Inc.*

***Brown v. First National Collection Bureau, Inc.,*** No. 1:13-cv-00524-SAS-KLL (S.D. Ohio)

Christian A. Jenkins
cjenkins@minnillojenkins.com
Niroshan M. Wijesooriya
nirow1@yahoo.com
Minnillo & Jenkins Co., LPA
2712 Observatory Avenue
Cincinnati, OH 45208

Jeffrey S. Goldenberg
jgoldenberg@gs-legal.com
Todd B. Naylor
tnaylor@gs-legal.com
Robert B. Sherwood
rsherwood@gs-legal.com
Goldenberg Schneider, LPA
One West Fourth Street, 18th Floor
Cincinnati, OH 45202

*Attorneys for Plaintiff Dennis Brown*

Brian McAllum Spiess
bspiess@mrjlaw.com
George Demetrios Jonson
gjonson@mrjlaw.com
Montgomery, Rennie & Jonson
36 East 7th Street, Suite 2100
Cincinnati, OH 45202

*Attorneys for Defendant First National Collection Bureau, Inc.*

I have arranged for service of a copy of the foregoing on the following court clerks, as required by the Judicial Panel on Multidistrict Litigation's Panel Rules:

| | | |
|---|---|---|
| U.S. District Court<br>Southern District of California<br>Office of the Clerk<br>333 West Broadway, Suite 420<br>San Diego, CA 92101 | U.S. District Court<br>Eastern District of California<br>Office of the Clerk<br>501 I Street, Room 4-200<br>Sacramento, CA 95814 | U.S. District Court<br>District of Nevada<br>Office of the Clerk<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101 |

U.S. District Court
Southern District of Ohio
Office of the Clerk
Potter Stewart U.S. Courthouse
Room 103
100 East Fifth Street
Cincinnati, OH 45202

/s/ Benjamin H. Richman